MN-305

Rec. # 3029

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: John B. deLeon and Tawny M. deLeon
Chapter 7 Case No. 10-30004

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Infosource LP as agent for World Financial Network National Bank as New York & Co. PO Box 248872 Oklahoma City, OK 73124 | 1 | 96.39 | 3.48 |

Date: November 23, 2010

Trustee